THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Charleston
 Cabinets, Inc., Appellant,
 
 
 

v.

 
 
 
 Greg Smith, Respondent.
 
 
 

Appeal From Charleston County
 Daniel  F.  Pieper, Circuit Court Judge
Unpublished Opinion No. 2008-UP-050
Submitted January 2, 2008  Filed January
 14, 2008
AFFIRMED

 
 
 
 Steven L. Smith, of Charleston, for Appellant
 William B. Jung, of Mt. Pleasant, for Respondent.
 
 
 

PER CURIAM:  Charleston
 Cabinets brought a breach of contract claim against Greg Smith, and now appeals
 the trial courts finding a binding contract did not exist between the
 parties.  We affirm.[1]
A claim for breach of contract is an action at law.  Moore v. Crowley & Assocs., 254 S.C. 170, 172, 174 S.E.2d 340, 341
 (1970).  In an action at law, tried without a jury, the judges findings will
 not be disturbed unless they are without evidentiary support.  King v.
 PYA/Monarch, Inc., 317 S.C. 385, 388-89, 453 S.E.2d 885, 888 (1995). 
 The underlying contract was between Charleston Cabinets and Gary Ezzo; Greg
 Smith was not a party to the contract.   The contracts language is clear and
 unambiguous.  See Ellis v. Taylor, 316 S.C. 245, 248, 449 S.E.2d
 487, 488 (1994) (When the language of a contract is plain and capable of legal
 construction, that language alone determines the instruments force and
 effect..  Because there is some evidence to support the trial judges
 findings, we affirm. Rule 220(b), SCACR.
AFFIRMED.
HEARN, C.J.,
 KITTREDGE and THOMAS, J.J., concur.

[1]  We decide this case without oral
 argument pursuant to Rule 215, SCACR.